UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERESA DIMEO, LIBERA DIMEO and          JUDGMENT
ANGELA DIMEO,                           11-CV- 1437 (KAM)

                                      Plaintiffs,

    -against-

GMR CREDIT, LLC, and MICHAEL
KORSINSKY d/b/a LAW OFFICES OF MICHAEL
KORSINSKY,

                                      Defendants.
------------------------------------------------------------------------X

       Defendants GMC Credit, LLC and Michael Korsinsky d/b/a Law Offices of Michael Korsinky having offered to allow Plaintiffs Teresa Dimeo, Libera Dimeo and Angela Dimeo to take a judgment against them in this action for a total sum of Forty Thousand and Zero ($40,000.00)Dollars, inclusive of all claims for compensatory damages, statutory damages, attorney's fees, litigation expenses, litigation disbursements and costs and Plaintiffs having accepted said offer; it is

       ORDERED, ADJUDGED AND DECREED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Teresa Dimeo, Libera Dimeo and Angela Dimeo and against Defendant Michael Korsinsky, in the total amount

<u>JUDGMENT 11-CV-1437 (KAM)</u>

of Forty Thousand and Zero ($40,000.00) Dollars, inclusive of all claims for compensatory damages, statutory damages, attorney's fees, litigation expenses, litigation disbursements and costs.

Dated: Brooklyn, New York  
       July 12, 2012

Douglas C. Palmer  
Clerk of Court

by: s/MG  
Michele Gapinski  
Chief Deputy for  
Court Operations