IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TERESA DIMEO, LIBERA DIMEO §
and ANGELA DIMEO §
    Plaintiffs §   Index No.: 1:11-cv-01437-KAM-LB
v. §
§
§
§
GMR CREDIT, LLC and MICHAEL §
KORSINSKY d/b/a LAW OFFICES
OF MICHAEL KORSINSKY
§
    Defendants. §

## STIPULATION OF DISMISSAL

Plaintiffs TERESA DIMEO, LIBERA DIMEO and ANGELA DIMEO hereby voluntarily dismisses this action against the only remaining defendant, GMR CREDIT, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

An executed faxed copy of this Stipulation shall be deemed as a signed original.

**AGREED:**

The Law Offices of Ahmad Keshavarz
Attorney for Plaintiffs

By: _____ Date: July 27, 2012
   Ahmad Keshavarz

**AGREED:**

Levi & Korsinsky, LLP
Attorney for Defendant GMR Credit, LLC

By: _____ Date: 7/30/2012
   Doug Julie

So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge  7/30/12

The clerk of court is respectfully requested to close this case.

1

**AGREED:**

Housman & Associates, P.C.
Attorney for Defendant Michael Korsinsky

By: _____  Date: 7/27/12
    Mark R. Housman

BRIAN DISNEY